The People of the State of New York v. Harry Wildner.— Motion granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Morris Iser. ·The People of the State of New York v. Agnes Smith. The People of the State of New York v. Charles A. Ohlson.— Motions granted unless appellants comply with terms stated in orders. Present — Ingraham, P..J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Serago.— Motion granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Will E. Schoch.— Motion granted unless appellant complies with terms stated in·order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Maurice J. Sandor.— Motion granted unless appellant stipulates to vacate certificate of reasonable doubt and serve the printed case and place case on calendar so that same can be heard on April 13, 1915. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Joseph J. Little v. Joseph Johnson and Others.— Motion granted, without costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

James F. Donnelly v. The City of New York.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Moses A. Wiener v. Louis Ross. Lillian A. Burton v. W. Burton & Company. Bance di Roma v. Louis J. Scaramelli.— Motion granted unless appellants comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Catherine Benson v. Yellow Taxicab Company.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Arthur S. Beves v. Mary E. Post.— Motion granted, without costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Moritz Walter and Another v. Katherine G. Farrell.— Motion granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

New York Electric Lines Company v. William J. Gaynor and Others. — Motion granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The Ansonia v. Edna V. Hein.— Motion granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Nathaniel L. Carpenter v. Carlos Warfield.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.